**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gladys M. Wesson <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-12812 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                          Respectfully submitted,

                          **<u>/s/ Rebecca A. Solarz, Esquire</u>**
                          Rebecca A. Solarz, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322 FAX (215) 627-7734