IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re | Gladys M. Wesson | ) | Chapter 13 |
|---|---|---|---|
| | | ) | |
| | Debtor | ) | 18-12812-ELF |
| | | ) | |
| | | ) | |

### AMENDED CERTIFICATION OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees has been filed and respectfully request that the order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor