IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Gladys M. Wesson | | 18-12812-ELF |
| Debtor | : | |

### CERTIFICATE OF SERVICE of FIRST AMENDED PLAN

    I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's First Amended Chapter 13 Plan has been served on the Chapter 13 Standing Trustee and all priority and secured creditors.

The following creditors have been served by electronic mail:

Leon P. Haller and Rebecca Ann Solarz on behalf of Pennsylvania Housing Finance Agency
lhaller@pkh.com
bkgroup@kmllawgroup.com

Pamela Elchert Thurmond on behalf of City of Philadelphia
pamela.thurmond@phila.gov

The following creditors have been served by first class mail:

U.S. Department of Housing and Urban Development
451 7th Street S.W.
Washington, DC 20410

PGW
Credit and Collections Department
800 W. Montgomery Avenue, 3rd Floor
Philadelphia, PA 19122

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Date: October 26, 2018      /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor(s)