# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12812-ELF

GLADYS M WESSON

5825 N. 16TH STREET

PHILADELPHIA, PA 19141

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  GLADYS M WESSON

  5825 N. 16TH STREET

  PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

                                /S/ William C. Miller

Date: 4/8/2019                    _____

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee