United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 18-12812-elf
Gladys M Wesson                                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2                  Date Rcvd: May 15, 2019
                              Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
```
db             +Gladys M Wesson,    5825 N. 16th Street,    Philadelphia, PA 19141-1821
14097640       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14217693       +PAMELA ELCHERT THURMOND,    Deputy City Solicitor,    Water Revenue Bureau,
                 City of Philadelphia Law Department Muni,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia Pa 19102-1663
14097643       +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14163171       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14101494       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 16 2019 02:39:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2019 02:39:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 16 2019 02:39:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov May 16 2019 02:39:53     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
14097639        E-mail/Text: megan.harper@phila.gov May 16 2019 02:39:53     City of Philadelphia,
                 Dept. of Revenue - Water Revenue Bureau,    1401 John F. Kennedy Blvd.,
                 Philadelphia, PA 19102
14210889        E-mail/Text: megan.harper@phila.gov May 16 2019 02:39:53     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14109891       +E-mail/Text: bankruptcygroup@peco-energy.com May 16 2019 02:39:23     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14171605       +E-mail/Text: blegal@phfa.org May 16 2019 02:39:40     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14097641       +E-mail/Text: blegal@phfa.org May 16 2019 02:39:41     Pa Housing Finance Age,   Po Box 8029,
                 Harrisburg, PA 17105-8029
14097642       +E-mail/Text: bankruptcygroup@peco-energy.com May 16 2019 02:39:23     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14097644        E-mail/Text: megan.harper@phila.gov May 16 2019 02:39:53     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Gladys M Wesson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: May 15, 2019
                              Form ID: pdf900           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                  TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GLADYS M WESSON　　　　　　　　　　Chapter 13

　　　　　　　　　Debtor　　　　　Bankruptcy No. 18-12812-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

　　**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

　　**ORDERED**, that any wage orders are hereby vacated.

**Date: May 15, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
GLADYS M WESSON

5825 N. 16TH STREET

PHILADELPHIA, PA 19141